RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 6/28/10
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| FRANCES PARKER | CIVIL ACTION NO. 09-1859 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JOHN DUFRESNE, ET AL | MAG. JUDGE MARK HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 26], and having thoroughly reviewed the record, including the written objections filed [Doc. Nos. 27, 28, and 32], and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss [Doc. No. 9] is GRANTED IN PART and DENIED IN PART as follows:

(A) All claims against Grand Valley State University, John Harper Philbin, and John Otterbacher are DISMISSED WITHOUT PREJUDICE; and

(B) All claims against John Dufresne, except the copyright infringement claim related to his short story, are DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this 29 day of June, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE